# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON CHAVEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAGUAR LAND ROVER NORTH AMERICA, LLC, <br><br> Defendant. | Case No.: 18-CV-2811 W (JLB) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 24]** |

Pending before the Court is a Joint Stipulation of Dismissal With Prejudice And [Proposed] Order [Doc. 24]. The Court interprets the document as a joint motion to dismiss. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 24] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: March 20, 2020

Hon. Thomas J. Whelan
United States District Judge